STATE *v.* GEORGE LEVINE.

February Term, 1931.

Present: POWERS, C. J., SLACK, MOULTON, and THOMPSON, JJ.

Opinion filed April 23, 1931.

*Deane C. Davis* for the respondent.

*Lawrence C. Jones,* Attorney General, and *C. O. Granai,* State's attorney, for the State.

SLACK, J.    This case presents the same question that was raised in *State* v. *Brown, ante* page 313, 154 Atl. 579, came to this Court in the same way and was heard with that case.    The decision in that case controls this.

*Judgment affirmed, and cause remanded.*